# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWIN H. HUMPHREYS, JR., Petitioner, | : : : | CIVIL ACTION |
| v. | : : | NO. 13-cv-3516 |
| JOHN E. WETZEL, et al. Respondents. | : : : | |

## ORDER

AND NOW, this 30th day of June, 2015, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Petitioner's Letter Motion to Stay his habeas proceedings (ECF No. 14) is GRANTED and the petition for writ of habeas corpus is STAYED AND PLACED IN SUSPENSE pending a decision from the United States Court of Appeals for the Third Circuit in *Songster v. Beard*, C.A. No. 12-03941.

BY THE COURT:

/s/ Legrome D. Davis

LEGROME D. DAVIS, J.